*#* 11089262
*1/25/10*
*5014.90*
*K.J.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

CURTIN, MARY D

Debtor.

Chapter 7

Case No. 05-91131 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|-----------|---------------------------|----------------|----------|
| 5 | Citi Cards P.O. Box 183053 Columbus, OH 43218-3053 | $4,000.00 | $4,000.00 |
| 5I | Citi Cards P.O. Box 183053 Columbus, OH 43218-3053 | $1,014.90 | $1,014.90 |

**TOTAL UNCLAIMED DIVIDENDS:**                       $  **5,014.90**

Dated: January 19, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED
JAN 2 5 2010
BANKRUPTCY COURT
BUFFALO, N.Y.