1/25/10
# 11089262
$5014.90
KJ

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

CURTIN, MARY D

Debtor.

Chapter 7

Case No. 05-91131 CLB

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 5 | Citi Cards<br>P.O. Box 183053<br>Columbus, OH 43218-3053 | $4,000.00 | $4,000.00 |
| 5I | Citi Cards<br>P.O. Box 183053<br>Columbus, OH 43218-3053 | $1,014.90 | $1,014.90 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 5,014.90

Dated: January 19, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED JAN 25 2010 BANKRUPTCY COURT BUFFALO, N.Y.

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

January 19, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



Re: Mary D. Curtin
Bk. No. 05-91131B

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Mary D. Curtin.

Please note that the original checks in this case was mailed to CitiCards on September 23, 2008. The Trustee then received a request from the creditor for additional information on this account. The Trustee has provided to the same to the creditor. When the instant checks were over 90 days the Trustee stopped payment on the original checks and reissued new checks to the creditor on March 13, 2009. Once again the Trustee received the checks back from the creditor requesting more information and the Trustee has provided the creditor with all the information he has with regard to the same and they have indicated that they are unable to locate an account. However, they have not indicated that they do not have an account or that the same has been paid.

Therefore, I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Mary D. Curtin's check no. 128 in the amount of $5,014.90 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Mary D. Curtin.

    Claim No. 5-2    Citi Cards    $4,000.00
                            PO Box 183053
                            Columbus, OH 43218-3053

Claim No. 5-2I  
(Interest on Claim)   Citi Cards                              $1,014.90  
                      PO Box 183053  
                      Columbus, OH 43218-3053  

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

**JOHN H. RING, III**

JHR/pls  
Enc.